1  ADRIENNE C. PUBLICOVER (SBN 161432)
   MICHAEL K. BRISBIN (SBN 169495)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Plaintiff
6  **AMERICAN GENERAL LIFE**
   **INSURANCE COMPANY**
7

8                    UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

10

11

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | CASE NO.: 1:08-CV-00267-OWW-DLB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 41(a) (1)** |
| v. | |
| TERESITA BARELLANO; TERESITA BARELLANO LIFE INSURANCE TRUST and DOES 1-10, | |
| Defendants. | |

18

19      **THIS MATTER** having come before the Court upon the motion of the Plaintiff

20  AMERICAN GENERAL LIFE INSURANCE COMPANY for voluntary dismissal of this action

21  with prejudice pursuant to FRCP 41 (a) (1), and the Court having reviewed Plaintiff's motion

22  and submitted Order, and finding no answer of Defendants TERESITA BARELLANO or the

23  TERESITA BARELLANO LIFE INSURANCE TRUST, and otherwise being fully advised,

24  now, therefore,

25      **IT IS HEREBY ORDERED** that this matter be, and hereby is, dismissed with prejudice.

26  TERESITA BARELLANO and the TERESITA BARELLANO LIFE INSURANCE TRUST are

27  to bear their own costs and fees.  AGLIC is to recover its costs and fees as specified in the

28  Release, Settlement and Rescission Agreement entered into by TBLIT and AGLIC.

[Proposed] Order Granting AGLIC'S Motion for Dismissal with Prejudice Pursuant to FRCP 41(a) (1)
Case No.: 1:08-CV-00267-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3   June 26, 2008                    /s/ OLIVER W. WANGER
                                    **HONORABLE OLIVER W. WANGER**,
4                                    UNITED STATES DISTRICT COURT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Granting AGLIC'S Motion for Dismissal with Prejudice Pursuant to FRCP 41(a) (1)
Case No.: 1:08-CV-00267-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com